**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **NICOLE JOHNSON,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:12-CV-3542-L** |
| | § | |
| **DEUTSCHE BANK NATIONAL TRUST** | § | |
| **COMPANY, AS TRUSTEE FOR** | § | |
| **MORGAN STANLEY HOME EQUITY** | § | |
| **LOAN TRUST 2007-1,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

This mortgage foreclosure case was referred to Magistrate Irma Carrillo Ramirez, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on July 5, 2013, recommending that Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Doc. 12), filed November 30, 2012, be granted in its entirety as to all of Plaintiff's claims unless the bankruptcy trustee intervenes in this action within the 14 days permitted for filing objections. No objections to the Report were filed. Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court therefore determines that the findings and conclusions of the magistrate judge are correct and **accepts** them as those of the court. Accordingly, the court **grants** Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Doc. 12) and **dismisses with prejudice** Plaintiff's claims against Defendants and this action.

**It is so ordered** this 23rd day of July, 2013.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

**Order – Page 2**